UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| HELEN JOSEPHINE THORNTON, et al,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CASE NO. 2:18-cv-1409 JLR-JRC<br><br>ORDER REGARDING OUTSTANDING FACTUAL ISSUES, IF ANY |

On April 11, 2019, the parties filed a Joint Status Report. Dkt. 51. In that Report, plaintiffs stated "In the interest of economy, Plaintiffs . . . propose that the parties be permitted to file combined briefs addressing both the merits and class certification." Dkt. 51, p. 2. Defendant responded, in part, ". . . Plaintiffs' forthcoming class certification motion has the potential to raise factual or legal issues that should be resolved before this Court considers the merits." *Id*.

The Court subsequently issued a scheduling order calling for combined briefing on the merits and motion for class certification. Dkt. 52.

ORDER REGARDING OUTSTANDING FACTUAL
ISSUES, IF ANY - 1

The parties have completed briefing in this matter and the Court has heard oral argument on the substantive merits and motion for class certification on November 21, 2019. *See* Dkts. 53, 63, 64, 65.

Although the parties have identified a number of legal issues to be resolved, the parties have not identified any outstanding factual issues that must be resolved before a report and recommendation can be filed on the merits and the motion for class certification. If either party is requesting the resolution of any factual issues before this Court issues its Report and Recommendation on those issues, that party must notify the Court and opposing parties by December 11, 2019, specifying what factual issues remain.

Dated this 2nd day of December, 2019.

_____
J. Richard Creatura
United States Magistrate Judge