U.S. DISTRICT JUDGE JAMES L. ROBART
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**SEATTLE DIVISION**

| | |
|---|---|
| HELEN THORNTON, on behalf of herself and all others similarly situated, and NATIONAL COMMITTEE TO PRESERVE SOCIAL SECURITY AND MEDICARE, <br><br> *Plaintiffs,* <br><br> vs. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> *Defendant.* | Civil No. 2:18-cv-01409-JLR-JRC <br><br> [PROPOSED] **ORDER** |

[PROPOSED] ORDER

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Upon consideration of Defendant's unopposed motion for an extension of time, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED; it is further

ORDERED that the deadline for the parties' objections to the Report & Recommendation recently issued in this matter shall be extended to February 26, 2020; and it is further

ORDERED that the deadline for the parties' responses to those objections shall be extended to March 18, 2020.

SO ORDERED.

DATED this ___6th___ day of February, 2020.

_____
JAMES L. ROBART
United States District Judge

[PROPOSED] ORDER

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

Presented by:


/s/   Stephen M. Pezzi
STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

[PROPOSED] ORDER

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576