U.S. DISTRICT JUDGE JAMES L. ROBART
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### SEATTLE DIVISION

| | |
|---|---|
| HELEN THORNTON, on behalf of herself and all others similarly situated, and NATIONAL COMMITTEE TO PRESERVE SOCIAL SECURITY AND MEDICARE,<br><br>*Plaintiffs*,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant*. | Civil No. 2:18-cv-01409-JLR-JRC<br><br>**NOTICE OF JOINT STIPULATION REGARDING NUMEROSITY, AND JOINT MOTION TO VACATE DISCOVERY SCHEDULE**<br><br>Note on Motion Calendar: June 29, 2020 |

NOTICE OF JOINT STIPULATION REGARDING
NUMEROSITY, AND JOINT MOTION TO VACATE
DISCOVERY  SCHEDULE

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

The parties, having conferred, (1) jointly notify the Court that the parties have entered into a stipulation (attached to this filing as Exhibit 1) that will resolve the question of numerosity in this litigation, and (2) jointly request that any remaining discovery-related deadlines and the briefing schedule set forth in the Court's May 18, 2020 Order be vacated, because they are unnecessary in light of the parties' stipulation. As good cause for this request, the parties jointly offer the following:

1. On May 18, 2020, the Court authorized discovery regarding the number of individuals that met the following proposed class definition, from the Report and Recommendation issued in this matter: "All persons nationwide who presented claims for social security survivor's benefits based on the work history of their same-sex partner and who were barred from satisfying the marriage requirements for such benefits because of applicable laws that prohibited same-sex marriage. This class is intended to exclude any putative class members in *Ely v. Saul*, No. 4:18-cv-00557-BPV (D. Ariz.)." ECF No. 82.

2. On May 29, Plaintiffs served discovery requests: eleven interrogatories, six requests for admission, and fifteen requests for the production of documents.

3. As reflected in the attached stipulation, although Defendant represents that identifying the precise number of putative class members is difficult (among other reasons, due to limitations on access to some of Defendant's records and files because of the ongoing pandemic), after a reasonably diligent inquiry, Defendant now believes that that number likely exceeds 150, based on the records that have been reviewed. Accordingly, Defendant no longer disputes that the putative class (as defined above and in the Report & Recommendation) is sufficiently numerous to satisfy Rule 23(a)(1). *See, e.g.*, *Sullivan v. City of Berkeley*, 328 F.R.D. 352, 355-56 (N.D. Cal. 2018) ("The numerosity requirement is not tied to any fixed numerical threshold, but courts generally find the numerosity requirement satisfied when a class includes at least forty members.").

4. Defendant continues to argue that certification of any class in this matter is inappropriate, for the reasons stated in Defendant's prior filings, with which Plaintiffs disagree.

Page 1

NOTICE OF JOINT STIPULATION REGARDING
NUMEROSITY, AND JOINT MOTION TO VACATE
DISCOVERY SCHEDULE

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

5. As a result of the parties' stipulation and Defendant's concession, the parties respectfully request that the Court vacate any remaining discovery deadlines and the briefing schedule set forth in the Court's May 18, 2020 Order.

Dated: June 29, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

BRAD P. ROSENBERG
Assistant Branch Director

/s/ Stephen M. Pezzi
STEPHEN M. PEZZI
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Phone: (202) 305-8576
Fax: (202) 616-8470
Email: stephen.pezzi@usdoj.gov

*Attorneys for Defendant*

/s/ Linda R. Larson
Linda R. Larson (WSBA No. 9171)
NOSSAMAN LLP
601 Union Street, Suite 5305
Seattle, WA 98101
Email: llarson@nossaman.com
Telephone: 206-395-7630

Robert D. Thornton (admitted *pro hac vice*)
NOSSAMAN LLP
18101 Von Karman Avenue, Ste. 1800
Irvine, CA 92612
Email: rthornton@nossaman.com
Telephone: 949-833-7800

Peter C. Renn (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.

Page 2

NOTICE OF JOINT STIPULATION REGARDING
NUMEROSITY, AND JOINT MOTION TO VACATE
DISCOVERY SCHEDULE

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

4221 Wilshire Blvd., Suite 280
Los Angeles, CA 90010
Email: prenn@lambdalegal.org
Telephone: 213-382-7600

Karen L. Loewy (admitted *pro hac vice*)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
120 Wall Street, 19th Floor
New York, NY 10005
Email: kloewy@lambdalegal.org
Telephone: 212-809-8585

Tara L. Borelli (WSBA No. 36759)
LAMBDA LEGAL DEFENSE AND
EDUCATION FUND, INC.
730 Peachtree Street NE, Ste. 640
Atlanta, GA 30308
Email: tborelli@lambdalegal.org
Telephone: 404-897-1880

*Counsel for Plaintiffs Helen Josephine Thornton and National Committee to Preserve Social Security and Medicare*

Page 3

NOTICE OF JOINT STIPULATION REGARDING
NUMEROSITY, AND JOINT MOTION TO VACATE
DISCOVERY SCHEDULE

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

Case 2:18-cv-01409-JLR   Document 85   Filed 07/29/20   Page 5 of 10

U.S. DISTRICT JUDGE JAMES L. ROBART
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| HELEN THORNTON, on behalf of herself and all others similarly situated, and NATIONAL COMMITTEE TO PRESERVE SOCIAL SECURITY AND MEDICARE,<br><br>*Plaintiffs*,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant*. | Civil No. 2:18-cv-01409-JLR-JRC<br><br>**JOINT STIPULATION REGARDING NUMEROSITY** |

JOINT STIPULATION REGARDING NUMEROSITY

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

The parties **HEREBY STIPULATE** as follows:

1. On May 18, 2020, the Court authorized discovery regarding the number of individuals that met the following proposed class definition, from the Report and Recommendation issued in this matter: "All persons nationwide who presented claims for social security survivor's benefits based on the work history of their same-sex partner and who were barred from satisfying the marriage requirements for such benefits because of applicable laws that prohibited same-sex marriage. This class is intended to exclude any putative class members in *Ely v. Saul*, No. 4:18-cv-00557-BPV (D. Ariz.)." ECF No. 82.

2. Defendant has represented that, although identifying the precise number of putative class members is difficult (among other reasons, due to limitations on access to some of Defendant's records and files because of the ongoing pandemic), after a reasonably diligent inquiry, that number likely exceeds 150, based on the records that have been reviewed. Plaintiffs do not dispute that the number of putative class members exceeds 150 individuals.

3. The parties therefore agree, for purposes of this litigation, that the putative class (as defined above and in the Report & Recommendation) is sufficiently numerous to satisfy Rule 23(a)(1).

4. Defendant continues to argue that certification of any class in this matter is inappropriate, for the reasons stated in Defendant's prior filings, with which Plaintiffs disagree.

5. Defendant's deadline to respond to Plaintiffs' discovery requests is tolled pending the Court's consideration of the parties' joint motion to vacate the discovery schedule in this matter, to be filed concurrently with this stipulation.

Page 1

JOINT STIPULATION REGARDING NUMEROSITY

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

| | | |
|---|---|---|
| Dated: June 29, 2020 | | Respectfully submitted, |

                  JOSEPH H. HUNT
                  Assistant Attorney General

                  BRAD P. ROSENBERG
                  Assistant Branch Director

                  <u>/s/ *Stephen M. Pezzi*</u>
                  STEPHEN M. PEZZI
                  Trial Attorney
                  United States Department of Justice
                  Civil Division, Federal Programs Branch
                  1100 L Street NW
                  Washington, DC 20005
                  Phone: (202) 305-8576
                  Fax: (202) 616-8470
                  Email: stephen.pezzi@usdoj.gov

                  *Attorneys for Defendant*


                  <u>/s/ Linda R. Larson</u>
                  Linda R. Larson (WSBA No. 9171)
                  NOSSAMAN LLP
                  601 Union Street, Suite 5305
                  Seattle, WA  98101
                  Email:  llarson@nossaman.com
                  Telephone:  206-395-7630

                  Robert D. Thornton (admitted *pro hac vice*)
                  NOSSAMAN LLP
                  18101 Von Karman Avenue, Ste. 1800
                  Irvine, CA  92612
                  Email: rthornton@nossaman.com
                  Telephone: 949-833-7800

                  Peter C. Renn (admitted *pro hac vice*)
                  LAMBDA LEGAL DEFENSE AND
                  EDUCATION FUND, INC.
                  4221 Wilshire Blvd., Suite 280
                  Los Angeles, CA 90010
                  Email: prenn@lambdalegal.org
                  Telephone: 213-382-7600

                  Karen L. Loewy (admitted *pro hac vice*)
                  LAMBDA LEGAL DEFENSE AND
                  EDUCATION FUND, INC.

Page 2

JOINT STIPULATION REGARDING NUMEROSITY

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

|   |   |
|---|---|
| 1 | 120 Wall Street, 19th Floor |
| 2 | New York, NY 10005 |
|   | Email: kloewy@lambdalegal.org |
| 3 | Telephone: 212-809-8585 |
| 4 | Tara L. Borelli (WSBA No. 36759) |
|   | LAMBDA LEGAL DEFENSE AND |
| 5 | EDUCATION FUND, INC. |
|   | 730 Peachtree Street NE, Ste. 640 |
| 6 | Atlanta, GA 30308 |
|   | Email: tborelli@lambdalegal.org |
| 7 | Telephone: 404-897-1880 |

*Counsel for Plaintiffs Helen Josephine Thornton and National Committee to Preserve Social Security and Medicare*

Page 3

JOINT STIPULATION REGARDING NUMEROSITY

2:18-cv-01409-JLR-JRC

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

U.S. DISTRICT JUDGE JAMES L. ROBART
U.S. MAGISTRATE JUDGE J. RICHARD CREATURA

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

HELEN THORNTON, on behalf of herself and all others similarly situated, and NATIONAL COMMITTEE TO PRESERVE SOCIAL SECURITY AND MEDICARE,

*Plaintiffs*,

vs.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*.

Civil No. 2:18-cv-01409-JLR-JRC

**ORDER**

ORDER

2:18-cv-01409-JLR-JRC

Upon consideration of the parties' stipulation regarding numerosity, the parties' joint motion to vacate the discovery schedule, and the entire record herein, it is hereby

**ORDERED** that the parties' joint motion is **GRANTED**; and it is further

**ORDERED** that any remaining discovery deadlines and the briefing schedule set forth in the Court's May 18, 2020 Order are hereby **VACATED**.

**SO ORDERED**.

DATED this __9th__ day of __July__, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER

2:18-cv-01409-JLR-JRC