U.S. DISTRICT JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| HELEN THORNTON, on behalf of herself and all others similarly situated, and NATIONAL COMMITTEE TO PRESERVE SOCIAL SECURITY AND MEDICARE,<br><br>*Plaintiffs*,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>*Defendant*. | Civil No. 2:18-cv-01409-JLR<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME**<br><br>Note on Motion Calendar: October 7, 2020 |

DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME

2:18-cv-01409-JLR

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

Defendant respectfully requests a two-week extension of time—*i.e.*, up to and including October 23, 2020—to file its response to the Court's September 11, 2020 order to show cause regarding the appropriate form of relief.  As good cause for this request, Defendant offers the following:

1. On September 11, 2020, this Court issued an order that, among other things, requested further briefing regarding the scope of relief in this case.  ECF No. 86.

2. Plaintiffs filed their submission on September 25, 2020.  ECF No. 88.

3. Defendant's response is currently due this Friday, October 9, 2020.

4. Due to the press of other business, counsel for Defendant needs a brief period of additional time to prepare Defendant's response.

5. This additional time will also accommodate ongoing deliberations within the Social Security Administration regarding Plaintiffs' various remedial proposals.

6. Plaintiffs do not oppose this request.

7. This is Defendant's first request for an extension of this deadline.

Dated: October 7, 2020               Respectfully submitted,

                                     JEFFREY BOSSERT CLARK
                                     Acting Assistant Attorney General

                                     BRAD P. ROSENBERG
                                     Assistant Branch Director

                                     /s/ Stephen M. Pezzi
                                     STEPHEN M. PEZZI
                                     Trial Attorney
                                     United States Department of Justice
                                     Civil Division, Federal Programs Branch
                                     1100 L Street NW
                                     Washington, DC 20005
                                     Phone: (202) 305-8576
                                     Fax: (202) 616-8470
                                     Email: stephen.pezzi@usdoj.gov

                                     *Attorneys for Defendant*

Page 1

DEFENDANT'S UNOPPOSED MOTION
FOR AN EXTENSION OF TIME

2:18-cv-01409-JLR

U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Telephone: (202) 305-8576

U.S. DISTRICT JUDGE JAMES L. ROBART

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION**

HELEN THORNTON, on behalf of herself and all others similarly situated, and NATIONAL COMMITTEE TO PRESERVE SOCIAL SECURITY AND MEDICARE,

*Plaintiffs*,

vs.

COMMISSIONER OF SOCIAL SECURITY,

*Defendant*.

Civil No. 2:18-cv-01409-JLR

**ORDER**

Upon consideration of Defendant's unopposed motion for an extension of time, and the entire record herein, it is hereby

**ORDERED** that Defendant's motion is **GRANTED**; and it is further

**ORDERED** that Defendant shall file its response to the Court's September 11, 2020 order to show cause regarding the appropriate form of relief on or before October 23, 2020.

**SO ORDERED**.

DATED this __8th__ day of October, 2020.

_____
JAMES L. ROBART
United States District Judge

ORDER
2:18-cv-01409-JLR